UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA WATSON                    :
                                   :
                                   :
v.                                 : CASE No. 8:17-CV-1948-T-33TGW
                                   :
YAKIM MANASSEH JORDAN,              :
and MANASSEH JORDAN                 :
MINISTRIES, INC.                   :

## ORDER

THIS CAUSE came on to be heard upon the Unopposed Motion for Withdrawal of Counsel (Doc. 71) by attorneys Erik. R. Matheney and Ella A. Shenhav, of the law firm of Shutts & Bowen LLP. Counsel represents that they provided their clients with the notice required by Local Rule 2.03(b), and that their clients do not oppose counsel's withdrawal. Furthermore, plaintiff's counsel does not object to the requested relief.

Consequently, the motion will be granted. The defendants have 30 days to file a notice of new counsel with the court; otherwise it will be assumed that defendant Yakim Manasseh Jordan is proceeding *pro se,* i.e., without counsel. However, defendant Manasseh Jordan Ministries, Inc., is cautioned

that, in accordance with Local Rule 2.03(e), "[a] corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Local Rule 2.01 or Rule 2.02." In other words, a corporate defendant may not proceed *pro se*.

It is, therefore, upon consideration,

ORDERED:

1. That the Unopposed Motion for Withdrawal of Counsel (Doc. 71) is hereby **GRANTED**, and attorneys Erik. R. Matheney and Ella A. Shenhav, of the law firm of Shutts & Bowen LLP, are relieved as counsel for the defendants.

2. That the Clerk is **DIRECTED** to send a copy of this Order, and future filings in this case, to the following addresses:

- Frank Juliano for Manasseh Jordan Ministries, 708 3rd Avenue, 6th Floor, New York City, New York 10017;

- Manasseh Jordan Ministries, P.O. Box 3320, New York, New York 10163;

- Yakim Manasseh Jordan, 12220 N.W. 68th Court, Parkland, Florida 33076.

DONE and ORDERED at Tampa, Florida, this 9th day of July, 2018.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE