UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:17:CV-01948-VMC-TGW

**PATRICIA WATSON**,

    Plaintiff,

v.

**YAKIM MANASSEH JORDAN a/k/a
PROPHET MANASSEH JORDAN and
MANASSEH JORDAN MINISTRIES, INC.,**

    Defendants.

_____/

## *UNOPPOSED* MOTION TO WITHDRAW AS DEFENDANTS' COUNSEL

COMES NOW Jeffrey M. Berman, Esq. and the law firm of Jeffrey M. Berman, P.A. (collectively, "**Counsel**"), pursuant to Local Rule 2.03(b), hereby file their Motion to Withdraw as Counsel of Record for Defendants, Yakim Manasseh Jordan and Manasseh Jordan Ministries, Inc. (collectively, "**Defendants**"), as follows:

1. On August 6, 2018, Counsel filed a Notice of Appearance to represent Defendants in this action. [D.E. 79].

2. Through no fault of Defendants, Counsel is unable to continue representing them in this case. To be clear, Counsel's need to withdraw has nothing to do with Defendants, this case or any billing issue between Counsel and Defendants.

3. Rather, the undersigned is leaving the practice of law and starting a new career later this month that does not involve being an attorney. Counsel is in the process of withdrawing from his existing matters, shedding his existing clients/cases and winding down his law firm in preparation to begin his new career.

4.   Pursuant to Local Rule 2.03(b), prior to filing this Motion Counsel advised Defendants and Plaintiff's counsel concerning the need for Counsel's withdrawal. Defendants and Plaintiff's counsel have all consented to the relief requested herein.

5.   Accordingly, Counsel respectfully requests the Court enter an Order in the form attached hereto as **Exhibit "A"** permitting them to withdraw as Defendants' counsel of record in these proceedings.

**WHEREFORE**, Counsel respectfully requests the Court enter an Order in the form attached hereto as Exhibit "A" permitting their withdrawal as Defendants' counsel of record in these proceedings and entering such other and further relief as the Court deems just and proper.

## CERTIFICATION PURSUANT TO LOCAL RULE 3.01(G)

Prior to filing the instant Motion, the undersigned provided Plaintiff's counsel and Defendants with the notice required by Local Rule 2.03(b) of Counsel's intent to withdraw from representing Defendants in this matter. Pursuant to Local Rule 3.01(g), undersigned has conferred with Plaintiff's counsel and Defendants, and they all consent to the relief requested herein.

Respectfully Submitted,

**JEFFREY M. BERMAN, P.A.**
*Counsel for Defendants*
1722 Sheridan Street No. 225
Hollywood, Florida 33020
Tel   305.834.4150
Fax  305.832.0145

By: _JMBerman_
JEFFREY M. BERMAN
Fla. Bar No. 14979
*jeff@jmbermanlaw.com*

3

## **CERTIFICATE OF SERVICE**

**I CERTIFY** that the foregoing was served on September 14, 2020: (i) via CM/ECF to those entitled to receive electronic notices; and (ii) via email and U.S. Mail to Defendants.

By: _____JMBerman_____
Jeffrey M. Berman, P.A.