UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA WATSON,
Plaintiff,
v.                                    CASE NO. 8:17-cv-1948-T-33TGW

YAKIM MANASSEN JORDAN, etc.
*et al.,*
Defendants.

## ORDER

THIS CAUSE came on for consideration upon the Unopposed Motion to Withdraw as Defendants' Counsel (Doc. 140). Attorney Jeffrey M. Berman is leaving the practice of law.

It is, therefore, upon consideration,

ORDERED:

That the Unopposed Motion to Withdraw as Defendants' Counsel (Doc. 140) be, and the same is hereby, **GRANTED**. Accordingly, attorney Jeffrey M. Berman, with the law firm of Jeffrey M. Berman, P.A., is hereby **RELIEVED** of further representation of the defendants.

DONE and ORDERED at Tampa, Florida, this 17th day of September, 2020.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE